UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14131-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**G&S FAMILY HOSPITALITY SERVICES, INC**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement [ECF No. 7], filed on May 23, 2022, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal on or before **June 24, 2022**.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 22-14131-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 24th day of May 2022.

                                                                                                                    **AILEEN M. CANNON**
                                                                                      **UNITED STATES DISTRICT JUDGE**

cc:     counsel of record